UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MR. KENDRICK FELTON SHORTS                CIVIL ACTION

VERSUS                                    NUMBER: 15-2172

CIA, ET AL.                               SECTION: "J"(5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's suit is dismissed without prejudice.

New Orleans, Louisiana, this 22nd day of July, 2015.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE